**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

| | |
|---|---|
| IN RE: SANDRA POLSTON, | CASE NO. 4:19-BK-15460 |
| DEBTOR | CHAPTER 13 |
| | |
| EQUITY FINANCIAL, LLC | MOVANT |
| | |
| V. | |
| | |
| SANDRA POLSTON, DEBTOR AND | RESPONDENTS |
| JOYCE BRADLEY BABIN, TRUSTEE | |

### OBJECTION TO CONFIRMATION

Comes now, Equity Financial, LLC, a secured creditor of the above-named Debtor, and a party in these proceedings, (hereinafter "Movant"), by and through its attorneys, Mackie Wolf Zientz & Mann, P.C., and for its Objection to Confirmation of the Chapter 13 plan proposed herein by the Debtor, Sandra Polston, states:

1. Movant is the servicer of the promissory note, which is secured by a mortgage covering the real property listed in the Chapter 13 plan of Debtor, more particularly described as follows:

    Lot 12, West Wood Estates to the City of Russellville, Arkansas

    More commonly known as 404 Austin Circle, Russellville, AR 72801

2. Pursuant to 11 U.S.C. §1324 Movant objects to said Chapter 13 plan because the Debtor's plan has not been filed in good faith. The Debtor had two prior cases pending in the prior year and has failed to show a change in circumstances that indicate she can complete the present case.

3. Therefore, the plan does not meet all the requirements for confirmation.

4. Lastly, Movant requests its attorney's fees for this action in the sum of $400.00.

19-000002-700-1

WHEREFORE, Movant objects to confirmation of the Chapter 13 plan proposed herein by the Debtor, and prays that this Court deny such confirmation, for its attorney's fees herein and for all other just and proper relief.

        Respectfully submitted,

        MACKIE WOLF ZIENTZ & MANN, P.C.
        124 W. Capitol Avenue, Suite 1560
        Little Rock, AR 72201
        Phone: (501) 218-8111
        Facsimile: (501) 588-0070
        Email: smcdaniel@mwzmlaw.com

        By:   */s/ Sarah Murphy McDaniel*
               Sarah Murphy McDaniel (Bar No. 2012130)

        Leslie N. Mann (Bar No. 95142)
        Sarah Murphy McDaniel (Bar No. 2012130)
        Brien G. Saputo (Bar No. 2011255)

        Attorney for Movant

19-000002-700-1

## CERTIFICATE OF SERVICE

  I, Sarah Murphy McDaniel, do hereby certify on October 31, 2019, a copy of the foregoing pleading was served via electronic mail or first class mail upon the following parties:

              By: */s/ Sarah Murphy McDaniel*

              Leslie N. Mann (Bar No. 95142)
              Sarah Murphy McDaniel (Bar No. 2012130)
              Brien G. Saputo (Bar No. 2011255)

Via Pre-Paid U.S. Mail:
Sandra Polston
404 Austin Circle
Russellville, AR 72801
Debtors

Via ECF:
Brian Christopher Wilson
P.O. Box 3098
Little Rock, AR 72203
Attorney for Debtors

Via ECF:
Joyce Bradley Babin
P.O. Box 8064
Little Rock, AR 72203-8064
Chapter 13 Trustee

Via ECF:
U.S. Trustee
Office of U.S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

19-000002-700-1