UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: SANDRA POLSTON,      Case No. 4:19-bk-15460
DEBTOR     Chapter 13

EQUITY FINANCIAL, LLC     MOVANT
vs.

SANDRA POLSTON, Debtor and     RESPONDENTS
JOYCE BRADLEY BABIN, Trustee

## ORDER

Pursuant to the Objection to Confirmation filed herein by Movant, Equity Financial, LLC and the Court, being fully advised, finds that the Objection is **SUSTAINED** upon conditions.

The Debtors agree to strictly comply with all payments to the Chapter 13 Trustee and with the terms of this Order for the period of March 2020 through March 2021. Should the Debtors go into default for the period of ten (10) days or more, or fail to comply with any provision herein, Movant shall give one ten (10) day Notice of Default, and if the default is not cured within that time, Movant will submit a Motion and Order granting Movant ex parte relief from the automatic stay without further appearance before this Court. If the current bankruptcy is dismissed for any reason, the Debtors will be barred from filing another bankruptcy case for 180 days from the date of dismissal.

IT IS SO ORDERED.

19-000002-700

_Phyllis M. Jones_
Phyllis M. Jones
United States Bankruptcy Judge
Dated: Mar 03, 2020

EOD: March 3, 2020

APPROVED AS TO FORM:

MACKIE WOLF ZIENTZ & MANN, P.C.
124 W. Capitol Avenue, Suite 1560
Little Rock, AR 72201
Phone: (501) 218-8111
Facsimile: (501) 588-0070
Email: bsaputo@mwzmlaw.com

By: */s/ Brien G. Saputo*
    Brien G. Saputo (Bar No. 2011255)

Leslie N. Mann (Bar No. 95142)
Sarah Murphy McDaniel (Bar No. 2012130)
Brien G. Saputo (Bar No. 2011255)

Attorney for Movant


By: /s/Brian Christopher Wilson
    Brian Christopher Wilson
    Attorney at Law
    P.O. Box 3098
    Little Rock, AR 72203


By: /s/ Patt Pine for
    Joyce Bradley Babin
    Trustee
    P.O. Box 8064
    Little Rock, AR 72203-8064

19-000002-700