UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In Re: SANDRA POLSTON

Case No: 4:19-bk-15460 J
Chapter 13

## SUMMARY NOTICE OF CLAIMS FILED

Pursuant to an examination of the proofs of claims filed in this case, Joyce Bradley Babin, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this Notice. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of each claim (e.g., priority, secured or unsecured) is listed. "Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed. Except of the classification of a claim as "priority," a claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted." For any claim filed as "priority," the claim is listed as "priority" regardless of the listing in the Debtor's schedules.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed. If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying objection; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance or determination of the status of any claim pursuant to the Bankruptcy Code of the Federal Rules of Bankruptcy Procedure.

Date: 4/1/2020

/s/ Joyce Bradley Babin
Chapter 13 Standing Trustee

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Advanced Call Center Technolog<br>P.O. Box 9091<br>Johnson City, TN 37615 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment : JC Penny | |
| Allied Interstate<br>3000 Corporate Exchange Drive<br>Columbus, OH 43231 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No: 4061<br>Comment : Capital One | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| APMI<br>5125 Northshore Drive<br>North Little Rock, AR  72118 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Apria Healthcare<br>P.O. Box 802017<br>Chicago, IL  60680 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Aquilar Foot Care<br>2400 West Main<br>Russellville, AR  72801 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Arkansas Orthopaedic Institute<br>P.O. Box 1146<br>Russellville, AR  72811 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Berman and Rabin PA<br>P.O. Box 24327<br>Overland Park, KS  66283 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Bill Me Later<br>P.O. Box 105658<br>Atlanta, GA  30348 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  4082<br>Comment  : | |
| Bluestream Brands Inc.<br>7075 Flying Cloud Drive<br>Eden Prairie, MN  55344 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Brian Christopher Wilson<br>P O Box 3098<br>Little Rock, AR  72203 | $3,662.00<br>$0.00 | Initial Attorney Fee<br>Account No:<br>Comment  : | 100.00 |
| CAPITAL ONE AUTO FINANCE<br>3901 DALLAS PKWY<br>PLANO, TX  75093 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Capital One Bank NA<br>P O Box 71083<br>Charlotte, NC  28272-1083 | $461.27<br>$461.27<br>Filed | UNSECURED<br>Account No:  4224<br>Comment  : | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| CBSA Collections<br>123 W. 7th<br>Suite 300<br>P.O. Box 1929<br>Stillwater, OK  74076 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Central Termite & Pest Control<br>118 N. Enid Ave.<br>Russellville, AR  72801 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Childrens BOMC<br>P.O. Box 916536<br>Indianapolis, IN  46291 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Country Door<br>Attn: Bankruptcy<br>P.O. Box 2830<br>Monroe, WI  53566 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Credit Collection Services<br>Two Wells Ave.<br>Newton Center, MA  02459 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV  89193 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Dept of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Evine<br>6740 Shady Oak Rd.<br>Eden Prairie, MN  55344 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| FCI Lender Services<br>PO Box 27370<br>Anaheim, CA  92809 | Continuing Debt<br>$28,835.38<br>Filed | MTG - Ongoing Mortgage<br>Account No:  7216<br>Comment  :  404 Austin Circle Russellville, A<br>Monthly Payment:  $368.21 | 100.00 |
| Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN  56303 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Firstsource Advantage<br>P.O. Box 628<br>Buffalo, NY  14240 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  :  GE Capital/Walmart | |
| GE Capital / Wal-Mart<br>P.O. Box 965024<br>Orlando, FL  32896 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| GE Capital Retail Bank<br>P.O. Box 960061<br>Orlando, FL  32896 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| GEcrb / Walmart<br>P.O Box 981400<br>El Paso, TX  79998 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| GEMB / Walmart<br>P.O. Box 981400<br>El Paso, TX  79998 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Ginny's<br>1112 Seventh Avenue<br>Monroe, WI  53566 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Hawkeye Adjustment and Collect<br>P.O. Box 716<br>Sioux City, IA  51102 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| HSBC<br>P.O. Box 30253<br>Salt Lake City, UT  84130 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| HSBC Card Services<br>P.O. Box 5222<br>Carol Stream, IL  60197 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Internal Revenue Service<br>P O Box 7317<br>PHILADELPHIA, PA  19101-7317 | $15,900.94<br>$15,900.94<br>Filed | UNSECURED<br>Account No:  6847<br>Comment  :  04-11 income tax /penalty | Pro-Rata |
| JC Penny<br>Attn: Bankruptcy<br>P.O. Box 103106<br>Roswell, GA  30076 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| JC Penny<br>P.O. Box 960090<br>Orlando, FL  32896 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| JC Penny<br>P.O. Box 984100<br>El Paso, TX  79998 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Johnson County Surgery Clinic<br>P.O. Box 440<br>Clarksville, AR  72830 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Johnson Regional Medical Cente<br>P.O. Box 738<br>Clarksville, AR  72830 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Johnson Regional Medical Cente<br>P.O. Box 738<br>Clarksville, AR  72830 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Johnson Regional Medical Cente<br>P.O. Box 738<br>Clarksville, AR  72830 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Law Office of David Edwards<br>P.O. Box 458<br>Paris, TN  38242 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| LVNV Funding<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Mason Easy Pay<br>c/o Creditors Bankruptcy Servi<br>P.O. Box 740933<br>Dallas, TX  75374 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Mason Easy Pay<br>c/o Creditors Bankruptcy Servi<br>P.O. Box 740933<br>Dallas, TX  75374 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Masseys<br>P.O. Box 2822<br>Monroe, WI  53566 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | | Pay % |
|---|---|---|---|---|
| Med College Physicians Group<br>P.O. Box 251508<br>Little Rock, AR  72225 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | | |
| Mid South Adjustment<br>316 W. 6th Ave., Ste. A<br>Pine Bluff, AR  71601 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | Radiologist of Russellville | |
| Mid South Adjustment Co.<br>316 West 6th Street Suite A<br>Pine Bluff, AR  71601 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | Johnson County Surgery Clinic | |
| Midland Funding<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA  92123 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | HSN | |
| Midland Funding<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA  92123 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | Credit One | |
| Midland Funding LLC<br>Midland Credit Management, Inc.<br>P O Box 2011<br>Warren, MI  48090 | $603.10<br>$603.10<br>Filed | UNSECURED<br>Account No: 0583<br>Comment  : | Credit One Bank | Pro-Rata |
| Millard Henry Clinic<br>101 Skyline<br>Russellville, AR  72801 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | | |
| Millard Henry Clinic<br>P. O. Box 5067<br>Kingsport, TN  37663 | $680.68<br>$680.68<br>Filed | UNLISTED UNSECURED<br>Account No: 9092<br>Comment  : | CBC | Pro-Rata |
| Montgomery Ward<br>P.O. Box 8994<br>Madison, WI  53794 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | | |
| MSCB<br>P.O. Box 1567<br>Paris, TN  38242 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | Johnson Regional | |
| National Enterprise Systems<br>29125 Solon Road<br>Solon, OH  44139 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | GE Capital Bank | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Payment Processing Center<br>P.O. Box 5262<br>Carol Stream, IL  60197 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  1393<br>Comment  : | |
| Pope County Emergency Medical<br>#3 County Complex Circle<br>Russellville, AR  72802 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Portfolio Recovery<br>P.O. Box 41067<br>Norfolk, VA  23541 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  0451<br>Comment  :  fingerhut | |
| Portfolio Recovery<br>P.O. Box 41067<br>Norfolk, VA  23541 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  4179<br>Comment  :  HSBC | |
| Portfolio Recovery<br>P.O. Box 12903<br>Norfolk, VA  23541 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  9821<br>Comment  :  GE Capital/Walmart | |
| Portfolio Recovery<br>P.O. Box 41067<br>Norfolk, VA  23541 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  1393<br>Comment  :  HSBC | |
| Portfolio Recovery<br>P.O. Box 41067<br>Norfolk, VA  23541 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  :  Walmart | |
| Portfolio Recovery<br>P.O. Box 41067<br>Norfolk, VA  23541 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  :  Fingerhut | |
| Premier Bankcard, LLC<br>Jefferson Capital Systems<br>P O Box 772813<br>Chicago, IL  60677-2813 | $429.75<br>$429.75<br>Filed | UNLISTED UNSECURED<br>Account No:  0447<br>Comment  : | Pro-Rata |
| Professional Bureau of Collect<br>P.O. Box 628<br>Elk Grove, CA  95759 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  0639<br>Comment  :  JC Penny | |
| Professional Credit Management<br>P.O. Box 1686<br>Mountain Home, AR  72654 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Professional Credit Management<br>P.O. Box 1686<br>Mountain Home, AR  72654 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  0267<br>Comment  : | |
| Professional Credit Management<br>P.O. Box 4037<br>Jonesboro, AR  72403 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  4461<br>Comment  : | |
| Professional Credit Management<br>P.O. Box 4037<br>Jonesboro, AR  72403 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Publishers Clearing House<br>P.O. Box 4002936<br>Des Moines, IA  50340 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  1507<br>Comment  : | |
| Quest Diagnostic<br>P.O. Box 740780<br>Cincinnati, OH  45274 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Quest Diagnostic<br>P.O. Box 740780<br>Cincinnati, OH  45274 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Quest Diagnostic<br>P.O. Box 7306<br>Hollister, MO  65673 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Quest Diagnostic<br>P.O. Box 740780<br>Cincinnati, OH  45274 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| QVC<br>P.O. Box 981462<br>El Paso, TX  79998 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Radiologists of Russellville<br>P.O. Box 9178<br>Russellville, AR  72811 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Radiologists of Russellville<br>P.O. Box 9178<br>Russellville, AR  72811 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Radiology Associate of N. Ark<br>P.O. Box 9178<br>Russellville, AR  72811 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Radiology Associate of N. Ark<br>P.O. Box 9178<br>Russellville, AR  72811 | <br>$0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Resurgent Capital Services<br>P O Box 10587<br>Greenville, SC  29603-0587 | $1,627.69<br>$1,627.69<br>Filed | UNSECURED<br>Account No:  8937<br>Comment  :  LVNV/Fingerhut | Pro-Rata |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  7164<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  9654<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  2286<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  7099<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $360.00<br>$360.00<br>Filed | UNSECURED<br>Account No:  8209<br>Comment  :  Saint Marys Regional Med | Pro-Rata |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  6445<br>Comment  :  Saint Marys regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  5661<br>Comment  :  Saint Marys regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $335.00<br>$335.00<br>Filed | UNSECURED<br>Account No:  4114<br>Comment  :  Saint Marys Regional Med | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  9822<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  8068<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  2641<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $204.84<br>$204.84<br>Filed | UNSECURED<br>Account No:  3039<br>Comment  :  Saint Marys Regional Med | Pro-Rata |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  0548<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $80.00<br>$80.00<br>Filed | UNSECURED<br>Account No:  9278<br>Comment  :  Saint Marys Regional Med | Pro-Rata |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  2074<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  1058<br>Comment  :  Saint Marys Regional Med | |
| Resurgent Capital Services<br>P O Box 1927<br>Greenville, SC  29602 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  8415<br>Comment  :  Saint Marys Regional Med | |
| RJM Aquisitions<br>575 Underhill blvd.<br>Suite 224<br>Syosset, NY  11791 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  :  Children's Book if the Month Cl | |
| Saint Marys Regional Med<br>C/O Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602 | $360.00<br>$360.00<br>Filed | UNSECURED<br>Account No:  3156<br>Comment  :  medical | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Saint Marys Regional Med<br>C/O Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602 | $350.00<br>$350.00<br>Filed | UNSECURED<br>Account No:  4339<br>Comment  :  medical | Pro-Rata |
| Santander Consumer USA Inc.<br>P O Box 560284<br>Dallas, TX  75356-0284 | $21,828.72<br>$21,828.72<br>Filed | ADPP - Secured (Non 506) - Auto<br>Account No:  4493<br>Comment  :  2018 Chevrolet Trax<br>Monthly Payment:    $392.60 | 100.00 |
| Sherwood Ugent Care<br>P.O. Box 671018<br>Dallas, TX  75267 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| St. Vincent<br>P.O. Box 22720<br>Little Rock, AR  72221 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Stoneberry<br>P.O. Box 2820<br>Monroe, WI  53566 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| TD Bank USA/Target Credit<br>PO Box 1470<br>Minneapolis, MN  55440 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| UAMS<br>4301 West Markham<br>Little Rock, AR  72205 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| United States Treasury<br>Special Procedures<br>P.O. Box 7317<br>Philadelphia, PA  19101 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Vakulskas Law Firm PC<br>P.O. Box 1661<br>Sioux City, IA  51102 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Wal-Mart / GECRB<br>P.O. Box 530927<br>Atlanta, GA  30353 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| WebBank/Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN  56303 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| William F. Smith Law Firm<br>122 Commerce Ave.<br>Russellville, AR 72801 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment   : | |

CC: SANDRA POLSTON
404 Austin Circle
Russellville, AR 72801

Brian Christopher Wilson
P O Box 3098
Little Rock, AR 72203